FILED

10/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0424

IN THE SUPREME COURT OF MONTANA
Cause No. DA 22-0424

| | |
|---|---|
| SHAWN FOWLER<br><br><br>　　Plaintiff/Appellee,<br><br>　　vs.<br><br>DEPARTMENT OF JUSTICE, MONTANA HIGHWAY PATROL AND THE MONTANA PUBLIC EMPLOYEE'S ASSOCIATION<br><br><br>　　Defendant/Appellant. | ORDER GRANTING MOTION FOR EXTENSION FOR PREPARATION OF TRANSCRIPT |

Upon Defendant and appellant Montana Highway Patrol's ("MHP") unopposed motion and accompanying affidavit of Deidra Taber for an extension of time to prepare the trial transcript, and good cause having been shown:

IT IS HEREBY ORDERED that the Appellant shall have until December 30, 2022 in which to transmit the record in this case.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2022